UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS COUNTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV745 SNLJ |
| | ) | |
| CARL AND CAROL JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Before the Court is defendants' motion to clarify a state court order relating to their criminal case. As this Court remanded this matter to the Court from whence it came on May 12, 2015, the Court will decline to comment on the state court's criminal file.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to clarify [Doc. #10] is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' "supplemental filings" relating to the notice of removal, filed after this Court's remand of this matter, [Doc. #11 and #12] shall be returned to defendants, as they were not a part of the Court's record at the time the Court made its decision to remand this action.

Dated this 15th day of May, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1