UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS COUNTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV745 SNLJ |
| | ) | |
| CARL AND CAROL JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is defendants' motion for relief from the order remanding this case to the court from whence it came. The Court has reviewed defendants' arguments on the matter and will decline to reconsider the remand order.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for relief of the remand order [Doc. #13] is **DENIED**.

Dated this 19th day of May, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1