UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS COUNTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV745 SNLJ |
| | ) | |
| CARL AND CAROL JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is defendants' motion for an order requesting a copy of the state court file. The motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for an order requesting a copy of the state court file [Doc. #16] is **DENIED**.

Dated this 28th day of May, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1